THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sharrica Q.
 Earle, Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge
Unpublished Opinion No.   2009-UP-441
Submitted September 1, 2009  Filed
 October 1, 2009 
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for
 Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Sharrica Q. Earle appeals her probation revocation,
 arguing the trial court abused its discretion in revoking her probation because
 the revocation prevented her from working and continuing to pay her
 restitution.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
Short, Williams,
 and Geathers, J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.